IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01586-MSK-KLM

In re:      NATIONAL WESTERN LIFE INSURANCE DEFERRED ANNUITIES LITIGATION

_____

## MINUTE   ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

This matter comes before the Court on  the parties to the "California Action" and non-party deponent Brokers Choice of America's    Unopposed Motion for Entry of Protective Order  and  Confidentiality Stipulation and Protective Order   (Docket No. **1,** Filed July 26, 2007)

IT IS HEREBY **ORDERED** the motion is **GRANTED.**

IT IS FURTHER **ORDERED** the Confidentiality Stipulation and Protective Order is entered as an Order of the Court as of the date of this Minute Order.

Dated:       August 24, 2007